IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODNEY RAYBURN                                                                                       PLAINTIFF

VS.                                   5:16-CV-00175-BRW-BD

TOM RUSSELL                                                                                          DEFENDANT

## ORDER

I have received and carefully reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere.  The parties have not filed objections and the time for doing so has passed.[1]  After careful review, I adopt as my findings in all respects the Recommendation in its entirety.

Mr. Rayburn's claims are DISMISSED without prejudice.

IT IS SO ORDERED this 13th day of July, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Objections were due June 30, 2016.