**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**RODNEY RAYBURN**                                                                                          **PLAINTIFF**

**VS.**                         **5:16-CV-00175-BRW-BD**

**TOM RUSSELL**                                                                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 13th day of July, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE